| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dalzell, Stewart | U.S. District Court | 05/04/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2009 to 12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 15613 U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary of the Vestry | Saint Mark's Church, Philadelphia, PA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE 2010 MAY 10 A 10: 20 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | ▓▓▓▓▓▓▓▓ Teaching Fees |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing Instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cape Cod Five Cent Savings | A | Interest | J | T | | | | | |
| 2. Bear, Stearns/JP Morgan Fed. Fund | A | Interest | J | T | | | | | |
| 3. PNC Bank | A | Interest | J | T | | | | | |
| 4. RMA/Smith Barney Tax Free Fund | A | Dividend | J | T | | | | | |
| 5. BRE Properties, Inc. | C | Dividend | K | T | | | | | |
| 6. Vangaurd PA Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 7. Claude Resources | | None | | | Sold | 04/23/09 | J | | sell on Tornoto SE |
| 8. Prime Fund-Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 9. Pepsico | A | Dividend | K | T | | | | | |
| 10. Merck & Co. | A | Dividend | K | T | Buy | 05/13/09 | J | | buy on NYSE |
| 11. J.P. Morgan Bonds | B | Interest | | | Redeemed | 01/15/09 | K | A | matured |
| 12. Cisco System Notes | A | Interest | K | T | | | | | |
| 13. General Electric Capital Notes | A | Interest | K | T | | | | | |
| 14. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 15. General Electric | A | Dividend | | | Sold | 03/25/09 | J | | sale on NYSE |
| 16. Bank America Notes | A | Interest | J | T | | | | | |
| 17. General Electric Cap. Notes | A | Interest | K | T | Buy | 02/09/09 | J | | buy in offering |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil | A | Dividend | K | T | Sold (part) | 12/17/09 | J | C | partial sale on NYSE |
| 19. SEI Daily Income Trust | A | Dividend | K | T | | | | | |
| 20. Waste Management | A | Dividend | K | T | Buy | 05/12/09 | J | | buy on NYSE |
| 21. Chevron | B | Dividend | L | T | | | | | |
| 22. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 23. Goldman Sachs Group Notes | D | Interest | | | Redeemed | 10/01/09 | K | A | matured |
| 24. Odyssey Re Holdings | A | Dividend | | | Redeemed | 09/08/09 | J | D | merger |
| 25. General Dynamics | A | Dividend | | | Sold | 08/25/09 | J | D | sale on NYSE |
| 26. Intel | A | Dividend | K | T | | | | | |
| 27. AT&T | A | Dividend | K | T | Buy (add'l) | 05/12/09 | J | | buy on NYSE |
| 28. McDonalds Corp. | A | Dividend | K | T | Buy | 10/02/09 | J | | buy on NYSE |
| 29. Powershares ETF | A | Dividend | J | T | Buy | 10/02/09 | J | | buy on NASDAQ |
| 30. Dominion Resources | B | Dividend | K | T | Buy (add'l) | 10/02/09 | J | | buy on NYSE |
| 31. Nat'l Rural Utility Notes | A | Interest | J | T | Buy | 01/15/09 | J | | buy in offering |
| 32. Diageo PLC. | A | Dividend | J | T | Buy | 05/12/09 | J | | buy ADRs on NYSE |
| 33. Chubb Corp. | A | Dividend | J | T | Buy | 05/12/09 | J | | buy on NYSE |
| 34. Windstream | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of America | A | Dividend | | | Sold | 08/15/09 | J | A | sale on NYSE |
| 36. Conoco Phillips | A | Dividend | K | T | | | | | |
| 37. Int'l Business Machines | A | Dividend | K | T | | | | | |
| 38. Bank New York Notes | A | Interest | K | T | | | | | |
| 39. Fed. Home Loan Bank Bonds | A | Interest | | | Redeemed | 07/17/09 | J | A | full call |
| 40. Federal Farm Credit Bank Notes | A | Interest | | | Redeemed | 03/11/09 | J | A | full call |
| 41. Korea Electric Power Corp. | A | Dividend | K | T | | | | | |
| 42. Southwestern Bell Tel. Bonds | A | Interest | J | T | | | | | |
| 43. Fairfax Financial Holdings | A | Dividend | K | T | | | | | |
| 44. Helmerich & Payne | A | Dividend | K | T | | | | | |
| 45. Henderson Global Equity | A | Dividend | J | T | | | | | |
| 46. Plum Creek Timber | A | Dividend | J | T | Sold (part) | 03/10/09 | J | A | partial sale on NYSE |
| 47. Chesapeake Energy | A | Dividend | | | Sold | 11/16/09 | J | A | sale on NYSE |
| 48. BP Plc | A | Dividend | J | T | Buy | 05/12/09 | J | | buy ADRs on NYSE |
| 49. FFCB Bonds | B | Interest | K | T | | | | | |
| 50. FHLB Bonds | B | Interest | K | T | | | | | |
| 51. Dow Chemical Notes | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 3M Co. | A | Dividend | J | T | Buy | 05/12/09 | J | | buy on NYSE |
| 53. Automatic Data Processing | A | Dividend | J | T | Buy | 05/12/09 | J | | buy on NYSE |
| 54. DuPont | A | Dividend | J | T | Buy | 05/12/09 | J | | buy on NYSE |
| 55. National Fuel Gas | A | Dividend | J | T | Buy | 05/12/09 | J | | buy on NYSE |
| 56. Goldman Sachs Group Notes | A | Interest | K | T | Buy | 05/22/09 | K | | buy in offering |
| 57. iShares Barclays Agg. Bond Fund | A | Dividend | K | T | Buy | 07/31/09 | K | | buy on market |
| 58. Kraft Foods | A | Dividend | J | T | Buy | 09/22/09 | J | | buy on NYSE |
| 59. Simon Properties Group | A | Dividend | J | T | Buy | 09/22/09 | J | | buy on NYSE |
| 60. Emerson Elec. Co. | A | Dividend | J | T | Buy | 09/22/09 | J | | buy on NYSE |
| 61. Caterpillar Financial Notes | A | Interest | K | T | | | | | |
| 62. 3M Co. | A | Dividend | J | T | Buy | 05/12/09 | J | | buy on NYSE |
| 63. Automatic Data Processing | A | Dividend | J | T | Buy | 05/12/09 | J | | buy on NYSE |
| 64. DuPont | A | Dividend | J | T | Buy | 05/12/09 | J | | buy on NYSE |
| 65. National Fuel Gas | A | Dividend | J | T | Buy | 05/12/09 | J | | buy on NYSE |
| 66. Goldman Sachs Group Notes | A | Interest | K | T | Buy | 05/22/09 | K | | buy in offering |
| 67. iShares Barclays Agg. Bond Fund | A | Interest | K | T | Buy | 07/31/09 | K | | buy on market |
| 68. Kraft Foods | A | Dividend | J | T | Buy | 09/22/09 | J | | buy on NYSE |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Simon Properties Group | A | Dividend | J | T | Buy | 09/22/09 | J | | buy on NYSE |
| 70. | Emerson Elec. Co. | A | Dividend | J | T | Buy | 09/22/09 | J | | buy on NYSE |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

